UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZACHERY PERNELL HICKS,

    Plaintiff,

v.                                                     Case No. 8:25-cv-2944-TPB-NHA

THE HOME DEPOT STORE #0256,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Natalie Hirt Adams, United States Magistrate Judge, entered on December 18, 2025. (Doc. 7). Judge Adams recommends that Plaintiff's motion to proceed *in forma pauperis* (Doc. 4) be denied and Plaintiff's complaint (Doc. 1) be dismissed without prejudice, subject to the right of Plaintiff to file an amended complaint and amended motion to proceed *in forma pauperis*. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*,

681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Adams's well-reasoned report and recommendation, the Court adopts the report and recommendation. Consequently, Plaintiff's motion to proceed *in forma pauperis* is denied without prejudice, and Plaintiff's complaint is dismissed without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)   The report and recommendation (Doc. 7) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)   Plaintiff's motion to proceed *in forma pauperis* is **DENIED** without prejudice.

(3)  The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**, subject to the right of Plaintiff to file an amended complaint and amended motion to proceed *in forma pauperis* on or before February 6, 2026.

(4)  Failure to file an amended complaint as directed will result in this Order becoming a final judgment. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719-20 (11th Cir. 2020). Failure to file an amended motion to proceed *in forma pauperis* may result in this case being dismissed without prejudice without further notice.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>8th </u>day of January, 2026.

 _____
 TOM BARBER
 UNITED STATES DISTRICT JUDGE